

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    JAHEEM EDDIEL BILLINGSLEY, and
D-2    DAMIEN HOWELL, JR.,

    Defendants.

Case: 4:25-cr-20020
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 01-15-2025
SEALED MATTER (tt)



## INDICTMENT

### THE GRAND JURY CHARGES

#### COUNT ONE
#### 18 U.S.C. §§ 1349 & 1343; Wire Fraud Conspiracy

**Object of the Conspiracy**

1. Beginning sometime in October 2021, and continuing until about November 7, 2024, in the Eastern District of Michigan and elsewhere, JAHEEM EDDIEL BILLINGSLEY, DAMIEN HOWELL, JR., and others known and unknown to the grand jury, knowingly conspired and agreed with each other and other persons to devise and execute a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises; and, for purposes of executing the scheme, caused the interstate transmission of writings, signs, signals, and sounds.

**Manner and Means**

2. The manner and means by which the conspiracy was carried out included, among other things, that members of the conspiracy, including JAHEEM EDDIEL BILLINGSLEY and DAMIEN HOWELL, JR., would travel to Walmart stores in the Eastern District of Michigan and elsewhere for the purpose of obtaining store products, and prepaid credit and gift cards. Members would bring various items to the check-out as if they intended to purchase them. At the check-out, the cashier would scan the Universal Product Code associated with the item which sends the product information to Walmart data centers, via a wire transmission. All transactions at Walmart stores first generate a wire to the store data center and then to a central data center and/or cloud-based server located in Arkansas, Colorado, Missouri, Texas, Virginia, California, or Washington. Various wire transmissions are then sent back to the local retail store authorizing the cashier to continue with the sale and accept payment.

3. When asked for payment, a member of the conspiracy would swipe a card, or simulate swiping a card, through the customer point of sale device. Members of the conspiracy swiped payment cards in a manner which did not allow the point of sale device to receive data, or they utilized a card that did not contain data. Members of the conspiracy then advised the cashier that they are paying with a "cash card." They then instructed the cashier that in order to complete the transaction, the cashier would need to press the cash button on the register.

4. When the key sequence is completed, fraudulently representing at the point of sale/register that the transaction has been paid, the register drawer opens and a receipt is generated, fraudulently reflecting that cash payment was received from members of the conspiracy when in truth an in fact no form of payment was tendered or collected.

5. After the transaction is completed, a member or members of the conspiracy would convert the funds on the prepaid credit and gift cards to their own personal use, via electronic transmissions. If a product was purchased, a member of the conspiracy would later return the product to a Walmart store and redeem the cash value noted on the receipt from the fraudulent purchase. The cash proceeds were used for the personal benefit of members of the conspiracy.

6. All in violation of Title 18, United States Code, Sections 1349 & 1343.

**THIS IS A TRUE BILL.**

Dated: January 15, 2025

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/NANCY A. ABRAHAM
NANCY A. ABRAHAM
Assistant United States Attorney
600 Church Street
Flint, MI 48502
(810) 766-5177

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by A | | Case: 4:25-cr-20020 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 01-15-2025<br>SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☑ No | AUSA's Initials: NAA |

Case Title: USA v. JAHEEM EDDIEL BILLINGSLEY, ET AL

County where offense occurred: Genesee County

Check One:   ☑ Felony     ☐ Misdemeanor     ☐ Petty

```
  X  Indictment/____Information --- no prior complaint.
_____Indictment/____Information --- based upon prior complaint [Case number: _____]
_____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 15, 2025
Date

NANCY A. ABRAHAM
NANCY A. ABRAHAM
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: nancy.abraham@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013